UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, G35669,<br><br>        Plaintiff,<br><br>    v.<br><br>J. ARMENTA-MORALES, et al.,<br><br>        Defendant(s). | Case No. 24-cv-03902-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On December 16, 2024, the court dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 claiming that Correctional Officer J. Armenta-Morales put plaintiff's life in danger by telling other prisoners that plaintiff "was in her cell jacking off" with leave to amend to set forth additional facts to support an Eighth Amendment failure-to-protect claim, if possible. ECF No. 11 at 1, 2. The court warned plaintiff that failure to file a proper amended complaint within 28 days will result in the dismissal of this action. Id. at 2.

More than 40 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. The complaint accordingly is DISMISSED.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: January 28, 2025

_____
CHARLES R. BREYER
United States District Judge